Jason M. Drangel (JD 7204)
jdrangel@ipcounselors.com
Ashly E. Sands (AS 7715)
asands@ipcounselors.com
Danielle S. Futterman (DY 4228)
dfutterman@ipcounselors.com
Gabriela N. Nastasi
gnastasi@ipcounselors.com
EPSTEIN DRANGEL LLP
60 East 42nd Street, Suite 1250
New York, NY 10165
Telephone:    (212) 292-5390
Facsimile:    (212) 292-5391
*Attorneys for Plaintiff*
*The Pinkfong Company, Inc.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE PINKFONG COMPANY, INC., | 23-cv-10967 (DEH) |
| *Plaintiff* | |
| v. | |
| ALIBABA.COM SINGAPORE E-COMMERCE PTE. LTD., ALIEXPRESS E-COMMERCE ONE PTE. LTD., BABY ONE STORE, BAODING BAIGOU NEW TOWN YAN XIANNV PLUSH DOLL SALES DEPARTMENT, CK-BABY STORE, DONGYANG WALRUS COMMODITY CO.,LTD., EASY FABRIC SHOW (CHINA) CO., LTD., HANGZHOU HAPPY HI CRAFTS CO., LTD, HANGZHOU SHUANGXIN INTERNATIONAL TRADE CO., LTD., JIANGXI TONGDA CANDLE CO., LTD., JIEYANG RONGCHENG FREEDOM HOME COMMODITY STORE, KOKOER STORE, NANTONG SHENSU TEXTILE CO., LTD., SHENZHEN Y-STAR TECHNOLOGY CO., LTD., SHOP1102751084 STORE, WJP PARTY STORE, YANGZHOU ALIJIA PLUSH TOYS CO., LTD., YANGZHOU NEW SUNRISE ARTS&CRAFTS CO., LTD., YIWU BUNIDA GARMENT CO., LTD., YIWU FUXIN TRADE CO., LTD., YIWU PARTY PAPER PRODUCT CO., LTD., YIWU SENYA E- | [PROPOSED] UNSEALING ORDER |

COMMERCE CO., LTD., YIWU YELU E-COMMERCE CO., LTD, YIWU YOUTENG PAPER CRAFTS CO., LTD. and ZHANGZHOU QIXIAN TRADING CO., LTD.,

*Defendants*

WHEREAS the Court orders that this Action be unsealed, and Records Management upload all documents filed to date on the Electronic Case Filing system.

SIGNED this 23rd day of January , 2024.
New York, New York

_____
HON. DALE E. HO
UNITED STATES DISTRICT JUDGE