JUDGE HO

23 CV 10967

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

THE PINKFONG COMPANY, INC.,

                Plaintiff,

-against-

ALIBABA.COM SINGAPORE E-COMMERCE PTE. LTD., ALIEXPRESS E-COMMERCE ONE PTE. LTD., BABY ONE STORE, BAODING BAIGOU NEW TOWN YAN XIANNV PLUSH DOLL SALES DEPARTMENT, CK-BABY STORE, DONGYANG WALRUS COMMODITY CO.,LTD., EASY FABRIC SHOW (CHINA) CO., LTD., HANGZHOU HAPPY HI CRAFTS CO., LTD, HANGZHOU SHUANGXIN INTERNATIONAL TRADE CO., LTD., JIANGXI TONGDA CANDLE CO., LTD., JIEYANG RONGCHENG FREEDOM HOME COMMODITY STORE, KOKOER STORE, NANTONG SHENSU TEXTILE CO., LTD., SHENZHEN Y-STAR TECHNOLOGY CO., LTD., SHOP1102751084 STORE, WJP PARTY STORE, YANGZHOU ALIJIA PLUSH TOYS CO., LTD., YANGZHOU NEW SUNRISE ARTS&CRAFTS CO., LTD., YIWU BUNIDA GARMENT CO., LTD., YIWU FUXIN TRADE CO., LTD., YIWU PARTY PAPER PRODUCT CO., LTD., YIWU SENYA E-COMMERCE CO., LTD., YIWU YELU E-COMMERCE CO., LTD, YIWU YOUTENG PAPER CRAFTS CO., LTD. and ZHANGZHOU QIXIAN TRADING CO., LTD,

                Defendants.

23-MC-483 (Part 1)

**ORDER TO TEMPORARILY FILE UNDER SEAL**



DOC # 1

JESSICA G. L. CLARKE, United States District Judge:

    Plaintiff moves *ex parte* to file a new civil case temporarily under seal, including its sealing motion, proposed complaint and the exhibits thereto. Plaintiff also seeks leave to file *ex parte* and temporarily under seal its application (and exhibits attached thereto) for: 1) a temporary restraining order; 2) an order restraining Merchant Storefronts and Defendants' Assets

with the Financial Institutions[1]; 3) an order to show cause why a preliminary injunction should not issue; 4) an order authorizing bifurcated and alternative service; and 5) an order authorizing expedited discovery and the supporting declarations of Su Jeong Yang and Gabriela N. Nastasi.

Plaintiff's application is GRANTED. Plaintiff is directed to proceed in accordance with the instructions for filing under seal found in the court's ECF Rules & Instructions, Rule 6.14.

The Clerk of the Court is directed to restrict access to ECF No. 1 and Plaintiff's forthcoming application for emergency relief, as detailed above, to the selected party viewing level. Notwithstanding this Order to Temporarily Seal File Under Seal, the Clerk of the Court may provide Plaintiff with certified copies of any orders entered in this matter while under seal. The Clerk of Court is directed to restrict access to this order to the selected party viewing level and close the case.

This order is subject to modification by the judge to whom the case is assigned.

Dated: December 18, 2023
New York, New York

SO ORDERED.

*Jessica Clarke*

JESSICA G. L. CLARKE
United States District Judge

---

[1]   Terms as defined in Plaintiff's proposed complaint. ECF No. 1-4.