

**EPSTEIN DRANGEL LLP**

60 East 42nd Street, Suite 1250, New York, NY 10165
**T:** 212.292.5390 • **E:** mail@ipcounselors.com
www.ipcounselors.com

December 2, 2025

**VIA ECF**
Hon. Dale E. Ho
United States District Judge
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, New York 10007

**Application GRANTED. The deadline is extended to January 5, 2026. The Clerk of Court is respectfully directed to terminate ECF No. 97.**

**SO ORDERED.**

Dale E. Ho
United States District Judge
Dated: December 2, 2025
New York, New York

> Re:     ***The Pinkfong Company Inc. v. Alibaba.Com Singapore E-Commerce PTE. LTD. et al***
> **Case No. 23-cv-10967 (DEH)**
> <u>**Third Request to Extend Stipulation of Dismissal Deadline**</u>

Dear Judge Ho,

We represent Plaintiff The Pinkfong Company ("Plaintiff"), in the above-referenced matter (the "Action").[1] On September 24, 2025, the Court ordered Plaintiff to file a stipulation of dismissal regarding the Alibaba Defendants ("Stipulation of Dismissal") by October 23, 2025 ("September 24, 2025 Order). (Dkt. 92). Thereafter, Plaintiff wrote to the Court to request an extension to file the Stipulation of Dismissal (Dkt. 93), and on the same day, October 23, 2025, the Court granted Plaintiff's request, extending the Stipulation of Dismissal deadline to October 30, 2025 ("October 23, 2025 Order"). (Dkt. 94). Subsequently, on October 30, 2025, Plaintiff wrote to the Court to request an extension to file the Stipulation of Dismissal (Dkt. 95), and on October 31, 2025, the Court granted Plaintiff's request, extending the Stipulation of Dismissal deadline to December 5, 2025. (Dkt. 96). Plaintiff respectfully requests a third extension of the deadline to file the Stipulation of Dismissal as Plaintiff's counsel is still awaiting the final executed agreement. In order to avoid wasting the Court's resources, Plaintiff requests to file the Stipulation of Dismissal no later than January 5, 2025.

We thank the Court for its time and attention to this matter.

Respectfully submitted,

**EPSTEIN DRANGEL LLP**

BY: /S Jason M. Drangel
Jason M. Drangel (JD 7204)

---

[1] Where a defined term is referenced herein but not defined, it should be understood as it is defined in the Glossary in Plaintiff's Complaint or Application.

Hon. Dale E. Ho
December 2, 2025
Page 2

jdrangel@ipcounselors.com
60 East 42nd Street, Suite 1250
New York, NY 10165
Telephone: (212) 292-5390
Facsimile: (212) 292-5391
*Attorneys for Plaintiff*

